No. 10–7118. CENTENO v. WINSTEAD, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT CAMBRIDGE SPRINGS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–7149. GILLARD v. PROVEN METHOD SEMINARS, LLC. C. A. 7th Cir. Certiorari denied. 

No. 10–7150. HALL v. MARYLAND. Ct. Sp. App. Md. Certiorari denied. 

No. 10–7165. KOVACIC v. CUYAHOGA COUNTY DEPARTMENT OF CHILDREN AND FAMILY SERVICES ET AL. C. A. 6th Cir. Certiorari denied. 

No. 10–7183. RAYBORN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 10–7228. ROMAN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 10–7247. MARTINEZ v. MILYARD, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 
██

No. 10–7302. DE LA CRUZ-ALEJO v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 
██

No. 10–7303. CAMPBELL v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 10–7309. DANIELS v. UNITED STATES. Ct. App. D. C. Certiorari denied. 

No. 10–7318. NICHERIE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 10–7323. VANDEMARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 10–7324. REYES-MIRANDA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 10–7330. HEIN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.